UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORDAN ARTIS, et al.,

    Plaintiffs,

v.

COUNTY OF INGHAM, et al.,

    Defendants.
_____/

Case No. 1:17-cv-516

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by several county jail inmates under 42 U.S.C. § 1983. Currently, only three plaintiffs remain. Defendants County of Ingham and Sheriff Scott Wriggelsworth filed a motion for summary judgment (ECF No. 45). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 29, 2018, recommending that this Court grant the motion and dismiss this action.

Plaintiff Paul Jackson filed a motion for injunction (ECF No. 70). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 16, 2018, recommending that this Court deny the motion. The Reports and Recommendations were duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 66) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 45) is GRANTED.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 73) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for injunction (ECF No. 70) is DENIED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated: September 19, 2018 　　　　　　　　　　　　　／s／ Janet T. Neff　　　　
　　　　　　　　　　　　　　　　　　　　　　　　JANET T. NEFF
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge